UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TK BOAT RENTALS, LLC, AS OWNER AND OPERATOR OF THE M/V MISS IDA PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. NO. 2:17-cv-01545 consolidated with 2:17-cv-02446, 17-cv-3657<br><br>SECTION: "R" – SARAH S. VANCE<br><br>DIVISION: "4" – KAREN ROBY |

**ANSWER TO CLAIMS OF ANDRE BOUDREAU, CHASE B. ST CLAIR, AND GEICO MARINE INSURANCE COMPANY**
**(PERTAINS TO 17-1545)**

**NOW INTO COURT**, through undersigned counsel, come defendant and plaintiff in limitation, TK Boat Rentals, LLC, in response to the claims and to the Complaint of claimants and plaintiffs, Chase St. Clair, Andre Boudreau, and GEICO Marine Insurance Company with respect represent:

**FIRST DEFENSE**

The Claims fail to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Now, answering the allegations of the claims more particularly, limitation plaintiff TK Boat Rentals, LLC avers as follows:

1.

The allegations in Paragraph 1 of the Claims are admitted.

2.

The allegations in Paragraph 2 of the Claims do not pertain to TK Boat Rentals, LLC and require no response. To the extent a response is required, the allegations are admitted.

3.

The allegations in Paragraph 3 of the Claims do not pertain to TK Boat Rentals, LLC and require no response. To the extent a response is required, the allegations are admitted

1

4.

The allegations in Paragraph 4 of the Claims do not pertain to TK Boat Rentals, LLC and require no response. To the extent a response is required, the allegations are admitted.

5.

TK Boat Rentals does not contest the jurisdiction of this Court under 28 U.S.C § 1331 or 1333, but TK Boat Rentals avers there is no diversity jurisdiction does not lie among Chase St. Clair, Andre Boudreau, Geico, and TK Boat Rentals.

6.

The allegations in Paragraph 6 of the Claims are admitted.

7.

The allegations in Paragraph 7 of the Claims do not pertain to TK Boat Rentals, LLC and require no response. To the extent a response is required, the allegations are admitted.

8.

The allegations in Paragraph 8 of the Claims do not pertain to TK Boat Rentals, LLC and require no response. To the extent a response is required, the allegations are admitted.

9.

The allegations in Paragraph 9 of the Claims are denied.

10.

The allegations in Paragraph 10 of the Claims are conclusions of law and require no response. To the extent a response is required, the allegations are denied.

11.

The allegations in Paragraph 11 of the Claims are conclusions of law and require no response. To the extent a response is required, the allegations are denied.

12.

The allegations in the prayer, or in any un-numbered or mis-numbered paragraph of the Claims, are denied.

### THIRD DEFENSE

Limitation plaintiff pleads the contents of its complaint for limitation; its answer to the claims of the personal injury claimants Patrick A. Beck, Individually and as the Father and Administrator of the Estate of His Minor Son, C.D.B., Tracy L. Edwards, Justin McCarthy, Michael Harrell, and Charles N. "Nick" Siria; its cross-claim and Rule 14(c) tender; and its answer to the complaint for limitation filed by limitation plaintiffs Geico, Andre Boudreau, and Chase St. Clair as if pled in full herein.

### FOURTH DEFENSE

Further answering, TK Boat Rentals, LLC avers that plaintiff's injuries, if any, which are specifically and expressly denied, were neither caused by nor contributed to by TK Boat Rentals nor anyone for whom it could or may have been responsible

### FIFTH DEFENSE

Defendants deny any liability whatsoever to Chase St. Clair, Andre Boudreaux, and GEICO Marine Insurance Company.

### SXITH DEFENSE

Plaintiffs have failed to mitigate their damages as required by law.

### SEVENTH DEFENSE

Defendant and limitation plaintiff specifically reserves the right to amend this pleading once discovery is complete.

### EIGHTH DEFENSE

Defendant and limitation plaintiff reserves the right to file additional Answers, Third Party Complaints, Counter Claims or Cross Claims such as the facts may later disclose and require.

**WHEREFORE**, Limitation plaintiff prays that after due proceedings had, there be judgment herein in its favor, dismissing the claims at cost to the claimants. Additionally, limitation plaintiff prays for such relief as the Court may deem appropriate.

Respectfully submitted:

**HARRY MORSE, L.L.C.**
\_\_/s/Harry Morse_____
**HARRY E. MORSE (#31515)**
650 Poydras Street, Suite 2710
New Orleans, LA  70130
Telephone: (504) 799-3141
E-Mail: harry@harrymorse.com
Attorney for Claimant, TK Boats, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 5th day of June 2017.

_____/s/Harry Morse_____

4