UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | C.A. NO. 2:17-cv-01545 |
| OF TK BOAT RENTALS, LLC, AS | consolidated with 2:17-cv-02446, 17-cv-3657 |
| OWNER AND OPERATOR | |
| OF THE M/V MISS IDA | SECTION: "R" – SARAH S. VANCE |
| PETITIONING FOR EXONERATION | |
| FROM OR LIMITATION OF LIABILITY | DIVISION: "4" – KAREN ROBY |

### ANSWER TO CLAIM, CROSS-CLAIM, AND 14(C) TENDER
### (PERTAINS TO ALL CASES)

**NOW INTO COURT**, through undersigned counsel, come defendant and plaintiff in limitation, TK Boat Rentals, LLC, in response to the claims of claimants, Extreme Fishing, L.L.C. ("Extreme Fishing") and Troy Wetzel, individually and doing business as Louisiana Offshore Fishing Charters (collectively "Claimants)," with respect represent:

### FIRST DEFENSE

The Claims fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

Now, answering the allegations of the Claim more particularly, TK Boat Rentals, LLC avers:

1.

The allegations in paragraph 1 of the Claim are admitted.

2.

The allegations in Paragraph 2 of the Claim are admitted.

3.

The allegations in Paragraph 3 of the Claim do not pertain to TK Boat Rentals and require no response. To the extent a response is required, the allegations are denied.

4.

The allegations in Paragraph 4 of the Claim do not pertain to TK Boat Rentals and require no response. To the extent a response is required, the allegations are denied.

5.

The allegations in Paragraph 5 of the Claim do not pertain to TK Boat Rentals and require no response. To the extent a response is required, the allegations are admitted.

6.

The allegations in Paragraph 6 of the Claim do not pertain to TK Boat Rentals and require no response. To the extent a response is required, the allegations are denied.

7.

The allegations in Paragraph 7 of the Claim are admitted.

8.

The allegations in Paragraph 8 of the Claim do not pertain to TK Boat Rentals and require no response. To the extent a response is required, the allegations are admitted.

9.

The allegations in Paragraph 9 of the Claim are conclusions of law and require no response. TK Boat Rentals, LLC does not contest the jurisdiction of this Court.

10.

The allegations in Paragraph 10 of the Claim are denied.

11.

The allegations in Paragraph 11 of the Claim are conclusions of law and require no response. To the extent a response is required, the allegations are denied.

12.

The allegations in the prayer, or in any un-numbered or mis-numbered paragraph of the claim, are denied.

### THIRD DEFENSE

TK Boat Rentals, LLC re-avers its petition for limitation (Rec. Doc. 1), its Answer and cross-claim (Rec. Doc. 18); and its Answer to Complaint (Rec. Doc. 22) as if copied herein.

**WHEREFORE**, TK Boat Rentals LLC prays that after due proceedings had, there be judgment herein in its favor, dismissing claimants' claim at their cost. Additionally, TK Boat Rentals prays for such relief as the Court may deem appropriate.

### Cross-Claim and Rule 14(c) Tender

**NOW INTO COURT,** through undersigned counsel, comes plaintiff in cross-claim TK Boat Rentals, LLC, which files this Cross-Claim against Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters, against Extreme Fishing, LLC, averring upon information and belief as follows:

1.

Jurisdiction over this Cross-Claim exists under this Court's general maritime jurisdiction, 28 U.S.C. § 1333.  Jurisdiction also exists under this Court's supplemental and ancillary jurisdiction pursuant to 28 U.S.C. § 1367.

2.

Venue is proper in accordance with 28 U.S.C. 1391(b).

3.

Made defendant in Cross-Claim is Troy Wetzel, d/b/a Louisiana Offshore Fishing Charters. Troy Wetzel is a person of the full age of majority and is a resident of and domiciled in Metairie, Louisiana.

4.

Made defendant in Cross-Claim is Extreme Fishing, L.L.C. ("Extreme Fishing"), a limited liability company organized under the laws of the State of Louisiana and, at all times pertinent hereto, it was authorized to do and/or doing business within the jurisdiction of this Honorable Court.

5.

At all pertinent times plaintiff in cross-claim, TK Boat Rentals, LLC was the owner and operator of the M/V MISS IDA.

6.

Troy Wetzel and/or Extreme Fishing, LLC was the employer of Andre Boudreau on February 12, 2017.

7.

Troy Wetzel and/or Extreme Fishing, LLC contracted with the passengers to take them fishing, and he/it further provided the tackle, equipment, gas, and vessel for the fishing trip.

8.

On the morning of February 12, 2017, the M/V MISS IDA, a vessel owned and operated by TK Boat Rentals, LLC, was proceeding out of Main Pass and into the Mississippi River northbound, on the east bank, when it collided with a fishing vessel piloted by Andre Boudreau, all as more fully set out in TK Boat Rentals' petition for exoneration and/or limitation of liability.

9.

As a result of the collision, TK Boat Rentals has been sued by the passengers and by Andre Boudreau.

10.

TK Boat Rentals tenders those claims and Complaints from the passengers and from Andre Boudreau to defendants Troy Wetzel, d/b/a Louisina Offshore Fishing Charters and Extreme Fishing, LLC under Rule 14(c) of the Federal Rules of Civil Procedure.

11.

Troy Wetzel d/b/a Louisiana Offshore Fishing Charters and/or Extreme Fishing, LLC, as the employer of Andre Boudreau, are responsible for the collision and resulting damages.

4

12.

Troy Wetzel d/b/a Louisiana Offshore Fishing Charters and/or Extreme Fishing, LLC are further responsible for the collision and resulting damages because Troy Wetzel d/b/a Louisiana Offshore Fishing Charters and/or Extreme Fishing, LLC negligently entrusted the M/V SUPER STRIKE and the passengers to Andre Boudreau, without determining whether Andre Boudreau was competent for the work requested of him or whether he was competent to run the M/V SUPER STRIKE in the fog.

13.

TK Boat Rentals LLC asserts a claim for contribution and indemnity against Troy Wetzel d/b/a Louisiana Offshore Fishing Charters and/or Extreme Fishing, LLC for any amounts TK Boat Rentals LLC may be liable to any other party as a result of the collision.

**WHEREFORE**, Defendants pray that after due proceedings had, there be judgment herein in its favor, holding defendants Troy Wetzel, d/b/a Louisina Offshore Fishing Charters and Extreme Fishing, LLC are wholly responsible for the collision and for any resultant injuries from the passengers. Additionally, the defendant prays for such relief as the Court may deem appropriate.

Respectfully submitted:

**HARRY MORSE, L.L.C.**

_/s/Harry Morse____
**HARRY E. MORSE (#31515)**
650 Poydras Street, Suite 2710
New Orleans, LA  70130
Telephone: (504) 799-3141
E-Mail: harry@harrymorse.com
Attorney for Claimant, TK Boat Rentals, L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 7th day of August, 2017.

____/s/Harry Morse_