# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TK BOAT RENTALS, LLC, AS OWNER AND OPERATOR OF THE M/V IDA PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. NO. 2:17-cv-01545 Consolidated with 2:17-cv-02446, 17-cv-3657 SECTION: "R" – SARAH S. VANCE DIVISION: "4" – KAREN ROBY |

## CHASE ST. CLAIR, ANDRE D. BOUDREAU AND GEICO MARINE INSURANCE COMPANY'S CROSS-CLAIM AGAINST AGCS MARINE INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, come Chase St. Clair, Andre D. Boudreau and GEICO Marine Insurance Company ("GMIC"), who allege and aver as follows:

1.

Made Cross-Claim Defendant is AGCS Marine Insurance Company ("AGCS"), a domestic insurer licensed to do and doing business in the State of Louisiana.

2.

This Court has subject matter jurisdiction over this cross-claim pursuant to 28 U.S.C. sec. 1367 and 28 U.S.C. sec. 1333.

3.

Troy Wetzel is the sole member of Extreme Fishing, LLC, a Louisiana limited liability company based in Venice, Louisiana which provides guided charter fishing trips.

{N1436478 - }

4.

Troy Wetzel is the owner of the fishing vessel M/V KINGFISH.

5.

AGCS issued a Charter Value Vessel Policy, Policy No. 92005573 ("The AGCS Policy") to Troy Wetzel, which provides boating liability coverage for M/V KINGFISH.

6.

Troy Wetzel leases M/V KINGFISH to Extreme Fishing, LLC for its guided charter fishing trips.

7.

Since 2016, Troy Wetzel and/or Extreme Fishing have hired Captain Andre Boudreau to work as a charter fishing boat captain on M/V KINGFISH.

8.

The Claimants, Patrick A. Beck, individually and as the administrator of the estate of his minor son, C.D.B., Tracy L. Edwards, Justin McCarthy, Michael Harrell, and Charles N. "Nick" Siria, entered into a contract with Troy Wetzel and/or Extreme Fishing, LLC for a charter fishing trip to take place on February 12, 2017.

9.

Troy Wetzel and/or Extreme Fishing, LLC hired Captain Boudreau take the Claimants tuna fishing aboard M/V KINGFISH on February 12, 2017.

10.

On February 11, 2017, Captain Boudreau was operating M/V KINGFISH on a charter fishing trip for another customer of Troy Wetzel and/or Extreme Fishing.

11.

During this trip, one of M/V KINGFISH's propellers backed off of its shaft.  M/V KINGFISH could not be operated thereafter and the vessel had to be towed back to Venice Marina.

12.

Because of the damage to one of its propellers, M/V KINGFISH could not be used the following day for the charter fishing trip booked by the Claimants.

13.

Captain Boudreau contacted Chase St. Clair about hiring his vessel, M/V SUPER STRIKE, to take the Claimants, customers of Troy Wetzel and/or Extreme Fishing, LLC, on the charter fishing trip scheduled for February 12th.

14.

Captain Boudreau contacted Troy Wetzel, who agreed to allow him to use M/V SUPER STRIKE to take the Claimants, Troy Wetzel and/or Extreme Fishing LLC's customers, tuna fishing on February 12th.

15.

Captain Boudreau had planned to take the Claimants tuna fishing aboard M/V KINGFISH in an area known as East Lump on February 12th.  Captain Boudreau likewise planned to take the Claimants tuna fishing in East Lump using M/V SUPER STRIKE when M/V KINGFISH became unavailable that day.

16.

On the morning of February 12th, Captain Boudreau met the Claimants at the Venice Marina.  The Claimants boarded M/V SUPER STRIKE and the vessel departed Venice Marina with Captain Boudreau at the wheel.

17.

While transiting the Mississippi River, M/V SUPER STRIKE was struck by M/V MISS IDA, a crewboat owned and operated by TK Boat Rentals, LLC. ("TK").

18.

GMIC issued a Charter Boat Policy, Policy No. CBT 1008950-00 (the GMIC Policy), to Chase St. Clair, which was in full force and effect on February 12, 2017.

19.

The GMIC Policy provides boating liability coverage to Chase St. Clair, as owner, and Andre D. Boudreau, as licensed operator, of M/V SUPER STRIKE for the February 12, 2017 incident.

20.

As a result of this incident, TK filed a limitation action on February 21, 2017.  The Claimants filed an Answer and Claim in that proceeding and also filed a separate action against TK, Troy Wetzel, d/b/a Louisiana Offshore Fishing Vessels, Extreme Fishing, Andre Boudreau, Chase St. Clair, and GEICO Marine Insurance Company for personal injuries sustained in that incident on March 24, 2017.  Chase St. Clair and Andre Boudreau filed a limitation action on April 19, 2017.  All three actions have been consolidated.

21.

M/V KINGFISH is an "Insured Watercraft" under the AGCS Policy.

22.

The AGCS Policy defines an "Insured" as "(a) the persons or organizations named as the Insured on the Declaration" and "(d) Other persons or organizations using the Watercraft with your prior permission."

23.

Under Section E of the AGCS Policy, entitled "Additional Coverage", it states:

"2. **Temporary Substitute Watercraft**-  If your Watercraft is out of normal use because of a covered loss, we will cover damages you are legally obligated to pay for bodily injury or property damage arising from the maintenance, use or control of a temporary substitute Watercraft.  The temporary substitute Watercraft must be of a similar type, value and length as the Watercraft that is out of normal use…"

24.

M/V KINGFISH was out of normal use on February 12th because of a lost propeller, a covered loss under the AGCS Policy.

25.

Troy Wetzel and/or Extreme Fishing, LLC used M/V SUPER STRIKE as a temporary substitute to take the Claimants, their customers, on a charter fishing trip.

26.

M/V SUPER STRIKE is of a similar type, value and length as M/V KINGFISH.

27.

Troy Wetzel and/or Extreme Fishing, LLC gave prior permission to Captain Boudreau to use both M/V KINGFISH and M/V SUPER STRIKE on February 12th.

28.

Andre Boudreau is therefore an "Insured" and entitled to coverage under the AGCS Policy.

29.

The General Conditions Section of the GMIC Policy contains an "Other Insurance" clause which provides: "If there is any other available insurance that would apply in the absence of this policy, this insurance shall be excess over the other insurance."

30.

Under the General Rules and Conditions Section of the AGCS Policy, it provides:

**O.  Other Insurance**

"If, at the time of a covered loss or damage, there is any other insurance that would apply to the property in the absence of this policy, the insurance under this policy will apply only as excess insurance over the other insurance."

31.

Both the GMIC and AGCS Policies provide primary coverage to Andre D. Boudreau for the February 12, 2017 incident involving M/V SUPER STRIKE.

32.

Chase St. Clair, Andre D. Boudreau and GEICO Marine Insurance Company assert a claim for defense costs, indemnity and/or contribution from AGCS for any amounts for which Andre D. Boudreau may be found liable to any party as a result of the February 12, 2017 incident which forms the basis of this litigation.

**WHEREFORE, PREMISES CONSIDERED**, Chase St. Clair, Andre D. Boudreau and GEICO Marine Insurance Company pray that AGCS Marine Insurance Company be cited to

answer and appear, and that after due proceedings had, there be judgment in favor of Chase St.

Clair, Andre D. Boudreau and GEICO Marine Insurance Company and against AGCS Marine

Insurance Company, that Andre D. Boudreau be deemed an insured under AGCS Marine

Insurance Charter Value Vessel Policy, Policy No. 92005573 and that there is primary coverage

under this policy for any damages for which Andre D. Boudreau may be found liable to any

party as a result of the February 12, 2017 incident which forms the basis of this litigation, and

that Chase St. Clair, Andre D. Boudreau and GEICO Marine Insurance Company are entitled to

defense costs, indemnity and/or contribution from AGCS Marine Insurance Company for any

such damages, and for any and all relief which this Court deems just and equitable under the

circumstances.


Respectfully submitted,


 /s/ *Jedd S. Malish*
JEDD S. MALISH (#23846)
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, Suite 4500
New Orleans Louisiana 70170
Telephone:  (504) 582-3800
Facsimile:   (504) 582-1233
jmalish@kingkrebs.com
Attorneys for Chase St. Clair, Andre D. Boudreau
and GEICO Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notification of such filings to all counsel of record on this 14th day of February, 2018.

/s/ Jedd S. Malish
JEDD S. MALISH