UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TK BOAT RENTALS, LLC,** *as owner owner and operator of the M/V MISS IDA, for exoneration from or limitation of liability* | CIVIL ACTION<br><br>NO. **17-1545 c/w 17-2446 and 17-3657**<br><br>SECTION: **M (4)**<br><br>*Pertains to All Cases* |

## SCHEDULING ORDER

A Scheduling Conference was held by telephone on March 12, 2019, before Judge Barry W. Ashe. Participating were:

**For Plaintiffs and Claimants:**
Irving Jay Warshauer   Jeff Lagarde

**For Petitioners:**
Jedd Spencer Malish   Harry E. Morse

**For Defendants:**
Frederick William Swaim, III   Michael William McMahon

Pleadings have been completed. Jurisdiction and venue are established.

The deadline for amendments to pleadings, third-party actions, crossclaims, and counterclaims **has passed**.

All pretrial motions, including dispositive motions and motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **August 1, 2019**. This Section adheres to Local Rule 78.1 regarding oral argument on motions. All other motions *in limine* shall be filed by **September 9, 2019** and responses thereto shall be filed by **September 16, 2019**.

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of materials facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

Motions filed in violation of this Order will not be considered unless good cause is shown.

This case **does not** involve extensive documentary evidence, depositions, or other discovery. No special discovery limitations beyond those established in the Federal Rules or Local Rules of this Court are established.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 100 pages in total length to chambers at 500 Poydras Street, Room C-367 for the Court's use. This copy must be delivered to chambers at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.

Counsel shall complete all disclosure of information as follows:

Depositions for trial use shall be taken and all discovery shall be completed no later than **July 31, 2019**. The parties should only submit pertinent pages of deposition transcripts. Submission of an entire transcript is strongly discouraged.

Defendant's expert disclosures shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **May 30, 2019**. This deadline applies to all experts, as

defined by Federal Rule of Civil Procedure 26(a)(2)(B) and (C), who may be witnesses for Defendant.

Plaintiff's supplemental expert disclosures shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **July 15, 2019**.  This deadline applies to all experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B) and (C), who may be witnesses for Plaintiff.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, including the address and telephone number of each witness.  Each party shall designate those witnesses whose testimony the party expects to present by deposition and provide their opponents with a transcript of the pertinent parts of the deposition.  The parties should provide pertinent pages of deposition transcripts; provision of the entire transcript is strongly discouraged.  Additionally, each party shall identify the documents or exhibits the party may or will use at trial, separately identifying those items the party expects to offer and those it may offer if the need arises. These disclosures must be made no later than **July 2, 2019**.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

The parties are encouraged to discuss settlement possibilities.   A settlement conference will be scheduled at any time at the request of any party to this action.  However, the parties must attend a settlement conference with the assigned magistrate judge.  The parties must contact the assigned magistrate judge six weeks prior to the pretrial conference date for the purpose of

scheduling a settlement conference which should be held within two weeks prior to the pretrial conference.

A final pretrial conference will be held before the District Judge on **September 11, 2019, at 10:30 a.m**. Counsel will be prepared in accordance with the Pretrial Notice attached.

Trial will commence on **September 30, 2019, at 9:00 a.m.** before the District Judge **with** a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last **5** days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause.  Continuances will not normally be granted.  If, however, a continuance is granted, deadlines and cut-off dates will be extended automatically, unless otherwise ordered by the Court.

New Orleans, Louisiana, this 12th day of March 2019.


_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE